1  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN, ESQ. (NV Bar No. 7079)
2  amartin@rimacmartin.com
   P.O. Box 7028
3  Incline Village, NV 89450
   Telephone: (775) 833-2269
4  Facsimile: (775) 833-2279

5  1051 Divisadero Street
   San Francisco, CA 94115
6  Telephone: (415) 561-8440
   Facsimile: (415) 561-8430
7

   Attorneys for Defendant
8  WELLPOINT, INC. and
   ANTHEM LIFE INSURANCE COMPANY
9

   **LAW OFFICES OF JULIE A. MERSCH**
10 JULIE A. MERSCH, ESQ. (NV Bar No. 004695)
   jam@merschlaw.com
11 701 So. Seventh St.
   Las Vegas, NV 89101
12 Telephone: (702) 387-5868
   Fascimile: (702) 387-0109
13

   Attorneys for Plaintiff
14 THOMAS STAMOS

15

16                    UNITED STATES DISTRICT COURT

17                          DISTRICT OF NEVADA

18
                                                      ***E-FILING***
19

20 THOMAS STAMOS,                   )
                                    )  CASE NO. 2:10-CV-00891 ECR-LRL
21              Plaintiffs,         )
                                    )  STIPULATION OF DISMISSAL
22       vs.                        )  WITH PREJUDICE OF ENTIRE
                                    )  ACTION
23 ACORDIA, INC., n/k/a WELLPOINT, INC.; )
   ANTHEM LIFE INSURANCE COMPANY, as )  ORDER GRANTING
24 Claims Administrator for WellPoint Flexible )
   Benefit Plan; DOES I through V; and ROE )
25 CORPORATIONS I through V, inclusive )
                                    )
26              Defendant.          )
                                    )
27 _____)

28

                                    -1-

STAMOS v. ACORDIA, INC., et al.
Stipulation of Dismissal with Prejudice
of the Entire Action                                CASE NO. 2:10-CV-00891 ECR-LRL

      IT IS HEREBY STIPULATED, by and between the parties, by and through their respective attorneys of record, that this action shall be dismissed with prejudice in its entirety. Each party shall bear their own attorney fees and costs.

DATED: December 27, 2010      Respectfully submitted,

                                      RIMAC MARTIN

                                      By: /s/ ANNA M. MARTIN
                                      Anna M. Martin
                                      Attorneys for Defendant:
                                      WELLPOINT, INC. and ANTHEM LIFE
                                      INSURANCE COMPANY

Dated: December 27, 2010      LAW OFFICES OF JULIE A. MERSCH

                                      By: /s/ JULIE A. MERSCH
                                      Attorney for Plaintiff:
                                      THOMAS STAMOS

IT IS SO ORDERED.
This 4th day of January, 2011.

                                      *Edward C. Reed*
                                    UNITED STATES DISTRICT JUDGE

STAMOS v. ACORDIA, INC., et al.
Stipulation of Dismissal with Prejudice
of the Entire Action                              CASE NO. 2:10-CV-00891 ECR-LRL